EDWARD VAN NESS, Respondent, *v.* GENERAL ELECTRIC COMPANY, Appellant.

*Van Ness* v. *General Electric Co.*, 162 App. Div. 229, affirmed.
(Argued March 26, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was injured while using a crane for the purpose of lifting a heavy piece of machinery. Through an alleged defect the machinery fell upon the plaintiff causing the injuries complained of. The answer, besides the usual denials, alleged plaintiff's contributory negligence, the fault of a fellow-servant, assumption of risk and set out a release alleged to have been executed by the plaintiff.

*Richmond D. Moot* for appellant.

*Edgar T. Brackett* and *William E. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, HOGAN, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.